IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-40194

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK ANTHONY MARINTEZ,

Defendant-Appellant.

---

Appeal from the United States District Court
For the Southern District of Texas
(B-00-CR-403-2)

---

July 11, 2002

Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    With the benefit of able oral argument and briefs, we are persuaded that the defendant's contentions on appeal are without merit.  The conviction and sentence are AFFIRMED.

---

    * Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.